# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TINA ROWELL, as next friend of
AMY PENNELL, a minor,

       Plaintiff,

v.                                       CASE NO. 05-72119
                                         HON. LAWRENCE P. ZATKOFF

JOSH CONE, RAYMOND RANKIN,
TYLER AMON, LEE TURNER and
MORRICE AREA SCHOOLS,

       Defendants.

_____/

## **CORRECTED ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS**

On December 6, 2005, the Court issued an Order Dismissing Plaintiff's State Law Claims. It has since come to the Court's attention that Plaintiff's Complaint contained a typographical error, erroneously alleging that Count I was brought pursuant to MCL 37.210. Instead, Count I should have referenced MCL 37.2101. The Court's December 6, 2005 Order Dismissing Plaintiff's State Law Claims also contained the wrong statute number. In order to allay any confusion related to these typographical errors, the Court HEREBY DISMISSES Plaintiff's claim pursuant to MCL 37.2101.

    IT IS SO ORDERED.

                                                                s/Lawrence P. Zatkoff
Date: December 12, 2005                          LAWRENCE P. ZATKOFF
                                                                UNITED STATES DISTRICT JUDGE

S:\Marie ECF\05-72119.rowell.dismiss.state.claims.revised.wpd