# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TINA ROWELL, as next friend of
AMY PENNELL, a minor,

      Plaintiff,

v.                          CASE NO. 05-72119
                          HON. LAWRENCE P. ZATKOFF

JOSH CONE, RAYMOND RANKIN,
TYLER AMON, LEE TURNER and
MORRICE AREA SCHOOLS,

      Defendants.
_____/

## ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS AND REMANDING THEM TO STATE COURT

On December 22, 2005, Plaintiff filed the present Motion for Clarification seeking clarification of the Court's December 6, 2005 and December 12, 2005 Orders. The Court HEREBY GRANTS Plaintiff's December 22, 2005 Motion for Clarification. Pursuant to the Court's December 6, 2005 and December 12, 2005 Orders, the Court has dismissed Plaintiff's state law claims. In order to alleviate any confusion resulting from these orders, the Court HEREBY REMANDS Plaintiff's state law claims to Shiawassee County Circuit Court.

IT IS SO ORDERED.

                                            s/Lawrence P. Zatkoff
                                            LAWRENCE P. ZATKOFF
                                            UNITED STATES DISTRICT JUDGE

Dated: January 10, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 10, 2006.

                                          s/Marie E. Verlinde
                                          Case Manager
                                          (810) 984-3290